UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPT ONE ACCESSORIES, INC. <br><br> Plaintiff, <br><br> v. <br><br><br> PHOENIX WAREHOUSE OF CALIFORNIA, LLC, <br><br> Defendants. | Case No. CV 17-02445-AB (JPRx) <br><br><br> (~~PROPOSED~~) ORDER OF DISCONTINUANCE |

On the attached stipulation of Concept One Accessories, Inc. ("Plaintiff") and Phoenix Warehouse of California, LLC, ("Defendant"), dated March 31, 2017,

It is ordered that the above-entitled action, No. 2:17-cv-02445-AB-JPR, be discontinued without prejudice and without costs to either party as against the other.

Dated: April 14, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.